UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL          JS-6

| Case No. | CV 23-6952-TJH(SPx) | Date | MARCH 6, 2024 |
|---|---|---|---|

| Title | Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 47.150.136.134 |
|---|---|

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that pursuant to the Judge's directive, and the notice of voluntary dismissal [16] this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

cc: all parties

CV-90            **CIVIL MINUTES - GENERAL**            Initials of Deputy Clerk ys